NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SALMER DORIAN CENTENO-MARIN, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-74039 <br><br> Agency No. A028-680-440 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 2, 2011[**]

Before:     RYMER, IKUTA, and N.R. SMITH, Circuit Judges.

Salmer Dorian Centeno-Marin, a native and citizen of Nicaragua, petitions

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's decision denying his application for asylum and

withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

for substantial evidence, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Centeno-Marin does not raise any challenge to the agency's dispositive denial of asylum as time-barred. Accordingly, we deny the petition as to his asylum claim.

Centeno-Marin contends the agency did not address his claim that the election of Daniel Ortega as president of Nicaragua could subject Centeno-Marin to persecution on account of his father's imputed political opinion. This contention is belied by the record. Apart from this contention, Centeno-Marin does not otherwise challenge the agency's denial of withholding of removal. Accordingly, we deny the petition as to his withholding claim.

**PETITION FOR REVIEW DENIED.**